JOSEPH MARTELL, Respondent, *v.* HARLOU, INC., Appellant.

Submitted February 26, 1943; decided April 8, 1943.

*William L. Shumate* for appellant.

*Morris Cizner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.